BEFORE THE FIRST DIVISION, APRIL 27, 1949

**No. 53072.**—Kenneth Kittleson *v.* United States, protest 118125–K (Tampa).

295

Opinion by Cole, J. On the record presented and following the principle set forth in *Procter & Gamble Manufacturing Co.* v. *United States* (19 C. C. P. A. 415, T. D. 45578), the claim of the plaintiff was sustained.